UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY HEEG & KRISTIN SEMON, On Behalf of Themselves and Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>ADAMS HARRIS, INC.,<br><br>    Defendant. | Civil Action No. 4:12-cv-00684 |

**REVISED JOINT STIPULATION REGARDING MEDIATION COMPLETION DUE DATE**

  It is hereby stipulated and agreed by and between counsel for Plaintiffs Timothy Heeg and Kristin Semon ("Plaintiffs") and Defendant Adams Harris, Inc. ("Defendant") (together, the "Parties") that the mediation completion due date of December 14, 2012, should be continued. It is, therefore, ORDERED, ADJUDGED, and DECREED as follows:

  The Parties have agreed upon Gloria Portela of Seyfarth Shaw LLP as a mediator, and they have reserved a mediation date of February 5, 2013.

  As set forth in the Joint Stipulation dated November 30, 2012, the Scheduling and Docket Control Order sets a mediation completion due date of December 14, 2012. Following the Court's order on Plaintiffs' Motion for Conditional Certification, Plaintiffs' counsel provided notice to class members on or around November 14, 2012. The opt-in period closes January 14, 2013. In order for the parties to accurately determine the number of class members opting in, and to meet and confer and then participate in mediation following the close of the opt-in period, the parties hereby request that the mediation completion due date be continued to February 15, 2013 (10 days after the scheduled mediation). The parties further hereby request that all remaining dates in the Scheduling and Docket Control Order be continued by a similar length of time (*e.g.,* 9 weeks) in order to allow the parties to explore and focus their efforts on meaningful mediation with Ms. Portela.

- 2 -

**SO ORDERED.**

SIGNED _____, 2012.

LEE H. ROSENTHAL
UNITED STATES DISTRICT COURT JUDGE

Stipulated and agreed to by the Parties this 6th day of December 2012:

| **PLAINTIFFS** | **ADAMS HARRIS, INC.** |
|---|---|
| By: /s/ *Richard J. (Rex) Burch* <br> Richard J. (Rex) Burch <br> BRUCKNER BURCH PLLC <br> 8 Greenway Plaza, Suite 1500 <br> Houston, Texas 77046 <br> Telephone: 713.877.8788 <br> Facsimile: 713.877.8065 <br><br> ATTORNEYS FOR PLAINTIFFS | By: /s/ *Murphy S. Klasing* <br> Murphy S. Klasing <br> OGDEN GIBSON BROOCKS LONGORIA & HALL LLP <br> 1900 Pennzoil South Tower <br> 711 Louisiana Street <br> Houston, Texas 77002 <br> Telephone: 713.844.3000 <br> Facsimile: 713.844.3030 <br><br> By: /s/ *Michele J. Beilke* (w/p MSK) <br> Michele J. Beilke* <br> Julia Y. Trankiem* <br> REED SMITH LLP <br> 355 South Grand Avenue, Suite 2900 <br> Los Angeles, California 90071 <br> Telephone: 213.457.8000 <br> Facsimile: 213.457.8080 <br><br> * admitted pro hac vice <br><br> ATTORNEYS FOR ADAMS HARRIS, INC. |