UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY HEEG & KRISTIN SEMON, On Behalf of Themselves and Others Similarly Situated,<br><br>        Plaintiffs,<br>v.<br><br>ADAMS HARRIS, INC.,<br><br>        Defendant. | Civil Action No. 4:12-cv-00684 |

**STIPULATION OF DISMISSAL WITH RESPECT TO TWO OPT-IN PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Defendant Adams Harris, Inc. (together, the "Parties") stipulate that:

Opt-In Plaintiffs Dennis Bermudez and Felecia Fitzgerald dismiss their claims against Defendant Adams Harris, Inc. with prejudice and without fees or costs against either party. No other Plaintiffs are impacted by this stipulation and this case remains active.

Stipulated and agreed to by the Parties this 9th day of April 2013:

**PLAINTIFFS**     **ADAMS HARRIS, INC.**

By: */s/ Rex Burch*     By: */s/ Julia Trankiem* (w/p RJB)
Richard J. (Rex) Burch     Michele J. Beilke*
BRUCKNER BURCH PLLC     Julia Y. Trankiem*
8 Greenway Plaza, Suite 1500     REED SMITH LLP
Houston, Texas 77046     355 South Grand Avenue, Suite 2900
Telephone: 713.877.8788     Los Angeles, California 90071
Facsimile: 713.877.8065     Telephone: 213.457.8000
      Facsimile: 213.457.8080

ATTORNEYS FOR PLAINTIFFS

\* admitted pro hac vice

ATTORNEYS FOR ADAMS HARRIS, INC.