UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Timothy Heeg, et al.

                Plaintiff,

v.                                          Case No.: 4:12−cv−00684
                                                  Judge Lee H Rosenthal

Adams Harris, Inc.

                Defendant.

TYPE OF CASE:      Civil

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/28/13

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Settlement Conference

Date:   May 14, 2013

                                                                            David J. Bradley, Clerk