UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY HEEG & KRISTIN SEMON, ] <br> On Behalf of Themselves and Others ] <br> Similarly Situated, ] <br> ] <br> *Plaintiffs*, ] <br> ] <br> v. ] <br> ] <br> ADAMS HARRIS, INC., ] <br> ] <br> *Defendant*. ] <br> _____ ] | CASE NO. 4:12-cv-00684 |

**FINAL JUDGMENT**

On May 28, 2013, this Court approved the parties' settlement with respect to all plaintiffs in this Fair Labor Standards Act (FLSA) case. Having found the parties' settlement fair and reasonable, there are no remaining issues before this Court. The Court therefore dismisses this case with prejudice.

This is a final judgment.

Signed at Houston, Texas on _____, 2013.

_____
LEE ROSENTHAL
UNITED STATES DISTRICT JUDGE